AFFIDAVIT OF SERVICE THROUGH
THE SECRETARY OF STATE, NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YULIANA ESPINAL,

                         Plaintiff

-against-                                       Dated:  August 5, 2008

LA PRINCESA FASHIONS #2, INC., LA
PRINCESA FASHIONS INC., LA UNICA
MODA INC., LA UNICA RAQUEL INC.,
600 WEST 183RD STREET REALTY
CORP., AVI DISHI, LIOR DISHI and
HENRI BALLAS,

                         Defendants

---

STATE OF NEW YORK    ]
COUNTY OF ALBANY      ] ss.:

       Jacquie Gerena, being duly sworn, deposes and says that she is over eighteen years of age, that on the 11th day of August 2008, at the Department of State in the City of Albany, New York, she served the annexed Summons and Complaint, Individual Practices of Judge William H. Pauley, Consent to Proceed Before United States Magistrate Judge, Individual Practices of Judge Francis and Electronic Case Filing Rules & Instructions upon LA PRINCESA FASHIONS INC. by delivering to and leaving with Donna Christie, a Business Document Specialist, in the Office of the New York Department of State two (2) copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of $40.00.  That said service was made pursuant to Section 306 of the Business Corporation Law.

       Deponent further says that she knew the person so served as aforesaid to be a Business Document Specialist at the New York State Department of State, duly authorized to accept such service on behalf of said defendant.

       Deponent further states that she describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Height | Approx. Weight |
|---|---|---|---|---|---|
| Female | White | Blonde | 40yrs | 5'4" | 150lbs |

*Jacquie Gerena* (signature)
Jacquie Gerena

Sworn to before me this 19 day of August, 2008

GERTRUDE B. WINTER
Notary Public, State of New York
No. 01WI5050407
Qualified in Saratoga County
Commission Expires October 10, 2009