UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK

CASE # 08 CV 6283
JUDGE PAULEY

YULIANA ESPINAL                    *Plaintiff/Petitioner*            *AFFIDAVIT OF SERVICE*

against

LA PRINCESA FASHIONS #2 INC., LA PRINCESA FASHIONS   *Defendant/Respondent*
INC., LA UNICA MODA INC., LA UNICA RAQUEL INC., 600
WEST 183rd STREET REALTY CORP., AVI DISHI, LIOR
DISHI and HENRI BALLAS,

STATE OF NEW YORK, COUNTY OF QUEENS  ss:

**ROBERT URENA**, the undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the **STATE OF NEW YORK**
That on **AUGUST 8th, 2008** at **7:50 AM**, at **182-31 RADNOR ROAD, JAMAICA, NY 11432**
Deponent served the within  --  **SUMMONS IN A CIVIL CASE, ATTACHMENT TO SUMMONS, COMPLAINT WITH JURY DEMANDED**
☒ Said papers served had endorsed thereon index # and date of filing
On **AVI DISHI**

**Individual** — by delivering a true copy *of each* to said defendant personally, deponent knew the person so served to be the person described as said defendant therein.

**Corporation** — by delivering thereat a true copy of each to .
Said individual stated she/he is a managing/authorized agent of the corporation, thereof, authorized to accept legal process.

**Suitable Age Person** [X] — by delivering there a true copy *of each to* **RACHEL DISHI (SPOUSE)** a person of suitable age and discretion.
Said premises is recipient's ☒ Home ☐ Business Address, within the state.
Person spoken to, verified that defendant actually resides/is employed at these premises.

**Affixing To Door** — by affixing a true copy of each to the door of said premises, which is recipient's ☐ Home ☐ Business Address
---within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age
and discretion thereat, having called there:  Address Confirmed by

**Mailing** [X] — On **8-09-08**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class post paid properly addressed envelope marked **"Personal & Confidential"** in an official depository under the exclusive care and custody of the United States Post Office.
**Certified Mail Number** (If Required):

**Description** [X] — Gender **FEMALE** Color of skin **WHITE** Color of Hair **BLACK** Facial Hair **NO** Glasses **NO**
Approximate age **35-45** Approximate height **5'4-5'6** Approximate weight **110-120**
Other identifying features:

**Fees** — At the time of said service, deponent paid (tendered) in advance $         , the authorized witness fee and/or traveling expenses to the recipient.

**Military** [X] — In response to my questions said person told me that the Defendant was not in the military service
or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity.
From the facts above set forth, I am convinced that the said defendant is not in the military service at the present time.

Sworn to before me on
AUGUST 9th, 2008

JEANETTE RODRIGUEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RO6181572
QUALIFIED IN QUEENS COUNTY
COMMISION EXPIRES 2/04/2012

Notary Public

ROBERT URENA
License Number 1263889