```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - :
YULIANA ESPINAL,                              : 08 Civ. 6283 (WHP) (JCF)
                                              :
                Plaintiff,                    :    O R D E R
                                              :
        - against -                           :
                                              :
LA PRINCESA FASHIONS #2, INC., LA             :
PRINCESA FASHIONS INC., LA UNICA              :
MODA INC., LA UNICA RAQUEL INC.,              :
600 WEST 183rd STREET REALTY CORP.,           :
AVI DISHI, LIOR DISHI and HENRI               :
BALLAS,                                       :
                Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/09

Counsel having submitted certain discovery disputes by letter, and a pretrial conference having been held on May 13, 2009, it is hereby ORDERED as follows:

1. Plaintiff shall disclose her date of birth and social security number to counsel (but not to pro se defendant Henri Ballas). That information shall be disclosed only to counsel and investigators working on their behalf and may be used solely for purposes of obtaining information relating to plaintiff's employment. Any contact with plaintiff's past employers shall be limited to obtaining employment records and shall not reveal the nature or existence of this litigation.

2. The records of plaintiffs' psychological therapists shall be made available to defendant Ballas in redacted form at the offices of plaintiff's counsel. Those records shall be provided to counsel for the other defendants in unredacted form, but the identity of the therapists shall not be shared with the defendants

1

(though that information may be disseminated to defendants' insurance carriers, investigators, and expert witnesses). Defendants may use the information contained in the therapist records solely in connection with this litigation and for no other purpose.

3.  Plaintiff shall produce for my in camera review all records of any medical diagnosis or treatment received since her arrival in the United States.

4.  Plaintiff's request for production of defendants' financial information is denied without prejudice to renewal if and when any defendant has been found liable for punitive damages.

5.  Counsel have agreed to deposition dates, subject to a potential adjustment of the discovery deadline.

6.  If defendant Ballas wishes to have counssel appointed for him, he must submit a formal application, using the forms available from the Court's Pro Se Office.

7.  Any application to extend the discovery deadline should be made to the Honorable William H. Pauley III, U.S.D.J.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         May 14, 2009

2

Copies mailed this date:

Susan R. Ritz, Esq.
Ritz & Clark LLP
40 Exchange Place, Suite 2010
New York, New York 10005

John K. Diviney, Esq.
Gina L. Grath, Esq.
Alan B. Pearl & Associates, PC
6800 Jericho Turnpike, Suite 218E
Syosset, New York 11791

Olivia M. Gross, Esq.
Newman Myers Kreines Gross Harris PC
14 Wall Street
New York, New York 10005

Henri Ballas
2305 East 13th Street
Brooklyn, New York 11229